| Date | Pleading Number | |
|------|-----------------|---|
| 12/29/70 | 1. | Motion (with supporting Memorandum & proof of service) of plaintiffs Rolf Topik, etc. for consolidation of actions in S.D. N.Y. |
| 1/4/71 | 2. | Answer and Brief of Catalyst Research Corporation |
| 1/27/71 | | HEARING ORDER sent to involved counsel and involved judges.  Hearing set for 2/26/71 Washington, D. C. |
| 1/27/71 | | NOTICE OF HEARING SENT TO COUNSEL |
| 1/24/71 | 3 | Plaintiff' Brief in Reply to Catalyst Research Corp.'s Brief in Opposition to plaintiffs' motion for transfer. |
| 1/24/71 | 4 | Plaintiff' Reply to answer of Catalyst Research Corp. to plaintiffs' motion for transfer |
| 3/11/71 | | ORDER denying plaintiffs motion for transfer to  a single district for coordinated or consolidated pretrial proceedings.  Sent to clerks, judges, Panel judges and counsel *& hearing clerk*. |

DOCKET NO. 66

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE ELECTRONIC AIDS SECURITIES LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|-----|---------|------------------------|-------|---------------|-------|
| A-1 | Rolf Topik, et al. v. Catalyst Research Corporation, et al. | Maryland 70-1228M | | | |
| A-2 | Rolf Topik, et al. v. Mine Safety Appliances Co., et al. | S.D. N.Y. 70 Civ 5207 | *dismissed.* | | |
| | *Order denying transfer 3/11/71* | | | | |

DOCKET NO. 66

### ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE ELECTRONICS AIDS SECURITIES LITIGATION

*✗ Service Counsel*

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-1 | James V. Joy, Jr., Esquire<br>Joy and Wolk<br>60 East 42nd Street<br>New York, New York  10017<br><br>J. Earle Plumhoff, Esquire<br>Nolan, Plumhoff and Williams<br>204 West Pennsylvania Avenue<br>Towson, Maryland  21204 | CATALYST RESEARCH CORPORATION<br>Piper and Marbury<br>900 First National Bank Building<br>Light and Redwood Streets<br>Baltimore, Maryland  21202<br><br>CATALYST RESEARCH CORPORATION<br>MINE SAFETY APPLIANCES COMPANY<br>MILTON G. HUME, JR.<br>GEORGE H. DEIKE, JR.<br>JOHN W. CARVILLE<br>EUGENE W. MERRY<br>JOHN T. RYAN *Counsel of Talenti, etc.*<br>Reed, Smith, Shaw & McClay<br>Union Trust Building<br>Pittsburgh, Pennsylvania 15230 |

DOCKET NO. 66

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___66___ -- _____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Catalyst Research Corp. | A-1 |
| Mine Safety Appliances Co. | A-1; A-2 |
| Milton G. Hulme, Jr. | A-1; A-2 |
| George H. Deike, Jr. | A-1; A-2 |
| John W. Carville | A-1; A-2 |
| Eugene W. Merry | A-1; A-2 |
| John T. Ryan, Jr. | A-1; A-2 |
| | |
| | |
| | |