DOCKET NO. 66

THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ELECTRONIC AIDS SECURITIES LITIGATION

ORDER

At the hearing held on February 26, 1971 in Washington, D. C., on the plaintiff's motion to transfer these actions to a single district for coordinated or consolidated pretrial proceedings, counsel for the plaintiff advised the Panel that the action pending in the Southern District of New York had been dismissed. Since there is but a single action remaining in this litigation at the present time, the motion has become moot.

IT IS THEREFORE ORDERED that said motion be and the same is hereby denied without prejudice to the right of any party to seek transfer if other related actions are brought in different federal district courts.

FOR THE PANEL:

Alfred P. Murrah
Chairman

Judges Weinfeld and Weigel did not participate in the decision in this matter.

DOCKET NO. 66

SCHEDULE A

### DISTRICT OF MARYLAND

Rolf Topik, et al. v. Catalyst Research　　　　Civil Action
　Corp., et al.　　　　　　　　　　　　　　　　No. 70-1228M

### SOUTHERN DISTRICT OF NEW YORK

Rolf Topik, et al. v. Mine Safety Appliances　　Civil Action
　Company, et al.　　　　　　　　　　　　　　　No. 70 Civ. 5207